HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE O. MITCHELL, CALVIN MALONE, MATTHEW HOPKINS, CHARLES ROBINSON,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, WASHINGTON DEPARTMENT OF SOCIAL HEALTH SERVICES, KEVIN W. QUIGLEY, JOHN CLAYTON, MARK STRONG, LESLIE SZIEBERT, GALINA DIXON, KIM DEITCH, DEBORAH BURNEY, JOHN DOES 1-50, JANE DOES 1-50,<br><br>Defendants. | CASE NO. 3:15-CV-05226-RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the petition, the Report and Recommendation of United States Magistrate Judge David W. Christel, objections to the Report and Recommendation, and the remaining record, does hereby find and **ORDER**:

1. The Court adopts the Report and Recommendation;

2. The claims of Plaintiffs Malone, Hopkins, and Robinson are **DISMISSED** without prejudice;

ORDER ADOPTING REPORT AND
RECOMMENDATION- 1

3. Plaintiff Mitchell is ordered to file an amended complaint addressing only his individual claims within thirty (30) days of the date of this order;

4. If Plaintiffs Malone, Hopkins, and/or Robinson choose to refile their claims, they are ordered to proceed in separate cases, file new complaints which address only their individual claims, and must each pay a new filing fee or file an application to proceed *in forma pauperis*; and

5. The Clerk is directed to send copies of this Order to Plaintiffs Mitchell, Malone, Hopkins, and Robinson, and to United States Magistrate Judge David W. Christel.

Dated this 1st day of July, 2015.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION- 2