1

2

3

4

5                       UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
6                                  AT TACOMA

7     GEORGE O. MITCHELL,

8                          Plaintiff,                    CASE NO. 3:15-CV-05226-RBL-DWC

9            v.                                          ORDER ON REPORT AND
                                                         RECOMMENDATION ON
10    WASHINGTON STATE SPECIAL                           DEFENDANT DIXON'S MOTION TO
      COMMITMENT CENTER CHIEF                            DISMISS
11    MEDICAL DIRECTOR, DR. LESLIE
      SZIEBERT; WASHINGTON STATE
12    SPECIAL COMMITMENT CENTER
      GALINA DIXON, ARNP,
13
                           Defendants.
14

15

16           The Court having reviewed the Report and Recommendation of Magistrate Judge David

17    W. Christel, objections to the Report and Recommendation, if any, and the remaining record,

18    does hereby find and Order:

19           (1)     The Court adopts the Report and Recommendation;

20           (2)     The Court grants Defendant Dixon's Motion to Dismiss, but gives Plaintiff
                     leave to file an amended complaint.
21
      //
22
             //
23

24

ORDER ON REPORT AND RECOMMENDATION
ON DEFENDANT DIXON'S MOTION TO
DISMISS - 1

1    (3)    The Clerk is directed to send a copy of this Order to Plaintiff, and to the
            Hon. David W. Christel.

2

3    Dated this 10th day of June, 2016.

4

5                                                Ronald B. Leighton
                                                 United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

- 2