UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE O. MITCHELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON STATE SPECIAL COMMITMENT CENTER CHIEF MEDICAL DIRECTOR, DR. LESLIE SZIEBERT; WASHINGTON STATE SPECIAL COMMITMENT CENTER GALINA DIXON, ARNP,<br><br>　　　　　Defendants. | CASE NO. 3:15-CV-05226-RBL-DWC<br><br>ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME |

The District Court has referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge David W. Christel. Before the Court are Defendant Leslie Sziebert's Motion for Extension of Time (Dkt. 33) and Plaintiff's Motion for Extension of Time (Dkt. 35). Defendant Sziebert initially filed for an extension of the discovery period through August 1, 2016, but subsequently indicated he has no objection to Plaintiff's proposed sixty-day extension (Dkt. 36). Defendant Galina Dixon has not filed a response to either motion.

1    After consideration of the record, Plaintiff's Motion is granted. The Pretrial Scheduling
2 Order (Dkt. 21) is amended as follows:
3    (1)    All discovery shall be completed by **August 19, 2016.**
4    (2)    Any dispositive motion shall be filed and served on or before **September 19,**
5    **2016.**
6 Defendant Sziebert's Motion is denied as moot.
7    Dated this 17th day of June, 2016.

*[signature]*

David W. Christel
United States Magistrate Judge