1
2
3
4

5              UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
6                         AT TACOMA

7   GEORGE O. MITCHELL,

8                  Plaintiff,                 CASE NO. 3:15-CV-05226-RBL-DWC

9        v.                                   ORDER ON REPORT AND
                                              RECOMMENDATION ON
10  WASHINGTON STATE SPECIAL                  PLAINTIFF'S MOTION TO DISMISS
    COMMITMENT CENTER CHIEF                   GALINA DIXON
11  MEDICAL DIRECTOR, DR. LESLIE
    SZIEBERT; WASHINGTON STATE
12  SPECIAL COMMITMENT CENTER
    GALINA DIXON, ARNP,
13
                   Defendants.
14

15

16       The Court having reviewed the Report and Recommendation of Magistrate Judge David

17  W. Christel, objections to the Report and Recommendation, if any, and the remaining record,

18  does hereby find and Order:

19       (1)    The Court adopts the Report and Recommendation [Dkt. #43];

20       (2)    Galina Dixon is dismissed from this case without prejudice;

21
22
23
24

ORDER ON REPORT AND RECOMMENDATION
ON PLAINTIFF'S MOTION TO DISMISS
GALINA DIXON - 1

(3) The Clerk is directed to send a copy of this Order to Plaintiff, and to the Hon. David W. Christel.

Dated this 23rd day of August, 2016.

_Ronald B. Leighton_ (signature)
Ronald B. Leighton
United States District Judge